United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> EDGARDO REYES, <br> Defendant. | Case No. 5:15-cr-00145-EJD-1 <br> **ORDER TO SHOW CAUSE** <br> Re: Dkt. Nos. 120, 140, 144 |

On May 2, 2019, this Court granted the Government's Motion for Extension of Time to File a Response as to Edgardo Reyes. *See* Dkt. 144. The Government was instructed to file a response to Defendant's 28 U.S.C. § 2255 motion by June 10, 2019. *Id.* No response was filed. The Government is ordered to appear at a hearing on **November 7, 2019 at 10:00 a.m.** to show cause as to why Defendant's Section 2255 motion should not be granted due to the Government's failure to respond. The Government shall submit a status report **on October 28, 2019**.

For clarity, the Court also notes that on April 5, 2019, this Court issued an order giving notice of a limited waiver of Defendant's attorney-client privilege pursuant to a request by the Government. *See* Dkt. 130, 140. Defendant brings a motion to vacate his sentence and conviction pursuant to Section 2255, claiming his counsel was ineffective in violation of the Sixth Amendment. In this Court's April 2019 Order, the Court instructed Defendant that he may either (1) choose to preserve his confidentiality by abandoning his ineffective assistance of counsel claim or (2) proceed subject to a limited waiver of attorney-client privilege. *See* Dkt. 140 at 1. Defendant was instructed to respond by **May 9, 2019** or the Court would construe his lack of a response as agreement to waive his attorney-client privilege as to the ineffective assistance of

Case No.: 5:15-cr-00145-EJD-1
<< ORDER TO SHOW CAUSE >>

1

counsel claim.  *Id.* at 3.  Defendant did not respond.  Thus, Defendant has agreed to waive his attorney client privilege as to the ineffective assistance of counsel claim.

**IT IS SO ORDERED.**

Dated: October 17, 2019

EDWARD J. DAVILA
United States District Judge

Case No.: 5:15-cr-00145-EJD-1
<< ORDER TO SHOW CAUSE >>

2