STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5045
    FAX: (408) 535-5061
    Jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> EDGARDO REYES, ) <br> ) <br>     Defendant. ) <br> ) <br> _____ ) | NO. CR 15-00145-EJD <br><br> DECLARATION OF JEFFREY D. NEDROW IN SUPPORT OF GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE <br><br> The Hon. Edward J. Davila |

    I, Jeffrey D. Nedrow, declare:

1. I am attorney for the government assigned to respond to the motion for compassionate release filed in U.S. v. Reyes, CR 15-00145-EJD, ECF No. 162.

2. Attached as Exhibit 1 to this declaration is a true and correct copy of a letter the Defendant sent to the Warden at CI North Lake on September 17, 2021 in which Defendant requested the Warden grant him compassionate release.

DECLARATION OF JEFFREY D. NEDROW
CR 15-00145-EJD

3. Attached as Exhibit 2 to this declaration is a true and correct copy of a letter the facility administrator at CI North Lake sent to Defendant on October 18, 2021, denying Defendant's request for compassionate release.

4. Attached as Exhibit 3 to this declaration is a true and correct copy of an immigration detainer for Edgardo Reyes filed by the Department of Homeland Security and addressed to CI North Lake. The detainer is dated May 17, 2017.

5. Attached as Exhibit 4 to this declaration is a true and correct copy of a BOP program review report from CI North Lake reflecting Defendant's work history and program participation during his time in custody.  The program review report was generated on January 31, 2022.

I declare under penalty of perjury that the foregoing is true and correct.

Signed February 28, 2022 in San Jose, California.

_____/s/_____
JEFFREY D. NEDROW
Assistant United States Attorney